UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHERMAN GARY HOPKINS, JR,
    Plaintiff,

vs.                                    Case No.:  3:23cv8885/MCR/ZCB

MOTEL 6, et al.,
    Defendants.
_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on July 12, 2023. (Doc. 8). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 10th day of August 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**